IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TINA LEE FLOWERS,       ) | |
|                         ) | |
|    Plaintiff,           ) | |
|                         ) | CIVIL ACTION NO. |
|    v.                   ) | 2:23cv652-MHT |
|                         ) | (WO) |
| TBS FACTORING SERVICES, ) | |
| LLC,                    ) | |
|                         ) | |
|    Defendant.           ) | |

## OPINION

Plaintiff filed this lawsuit asserting breach of contract and other state-law claims against the defendant company. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE